James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
Email:      AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. GREEN CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No.: C-06-6013 CRB <br><br> ~~PLAINTIFFS' COMBINED STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;~~ <br> ~~(PROPOSED)~~ ORDER <br><br> DATE: January 5, 2007 <br> TIME: 8:30 a.m. <br> COURTROOM: 8, 19th Floor <br> JUDGE: Hon. Charles R. Breyer |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. GREEN CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No.: C-06-6047 CRB |

These two actions are related cases brought by the Laborers Trust Funds for Northern California (Case No. C-06-6013) and the Cement Masons Trust Funds for Northern California (Case No. C-06-6047) against defendants E. Green Construction, Inc. and Ezra Phillip Green.

-1-

1  Defendants in both cases were served, failed to respond, and default was entered
2  against them on December 27, 2006. Both Laborers Trust Funds and Cement Masons Trust
3  Funds will be substituting Ronald L. Richman, Esq. of Bullivant Houser Bailey, P.C. as their
4  attorney in place of their current counsel. Plaintiffs request that the Case Management
5  Conference, currently scheduled for January 5, 2007, be continued for 90 days to a date
6  convenient to the Court, so that they may complete their substitution of attorneys and file
7  motions for default judgment.

9  DATED: December 28, 2006                STANTON, KAY & WATSON, LLP

11                                          By /s/ Anne Bevington
12                                             ANNE BEVINGTON
                                               Attorneys for Plaintiffs

15                              **CASE MANAGEMENT ORDER**

16  The Court having read plaintiffs' statement above, and good cause appearing therefor,
17  IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for
18  January 5, 2007, at 8:30 a.m., be continued to __April 06__, 2007, at 8:30 a.m.,
19  in Courtroom 8 on the 19th Floor of the above-entitled court, located at 450 Golden Gate Ave.,
20  San Francisco, CA 94102.

21  DATED: __January 3, 2007__

                                            _____
                                            HON. CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

24  F:\CASES\7000\7000.1065 E.G. Construction\PLEADINGS\CMC Statement.doc

-2-