1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  BOARD OF TRUSTEES OF THE               Case No.: C-06-6013 CRB
    LABORERS HEALTH AND WELFARE
12  TRUST FUND FOR NORTHERN                **PLAINTIFFS' STATEMENT IN LIEU OF**
    CALIFORNIA; BOARD OF TRUSTEES OF       **CASE MANAGEMENT CONFERENCE**
13  THE LABORERS VACATION-HOLIDAY          **STATEMENT; ORDER THEREON**
    TRUST FUND FOR NORTHERN
14  CALIFORNIA; BOARD OF TRUSTEES OF       Date:    April 6, 2007
    THE LABORERS PENSION TRUST FUND        Time:    8:30 a.m.
15  FOR NORTHERN CALIFORNIA; and           Ctroom:  8, 19th
    BOARD OF TRUSTEES OF THE
16  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
17  CALIFORNIA,

18                   Plaintiffs,

19         v.

20  E. GREEN CONSTRUCTION, INC., a
    California corporation; dba E G
21  CONSTRUCTION; EZRA PHILLIP GREEN,
    an Individual,
22
                     Defendants.
23
    BOARD OF TRUSTEES OF THE CEMENT        Case No.:  C-06-6047 CRB
24  MASONS HEALTH AND WELFARE TRUST
    FUND FOR NORTHERN CALIFORNIA;
25  BOARD OF TRUSTEES OF THE CEMENT
    MASONS VACATION/HOLIDAY TRUST
26  FUND FOR NORTHERN CALIFORNIA;
    BOARD OF TRUSTEES OF THE CEMENT
27  MASONS PENSION TRUST FUND FOR
    NORTHERN CALIFORNIA; and BOARD OF
28  TRUSTEES OF THE CEMENT MASONS
    APPRENTICESHIP AND TRAINING TRUST

1  FUND FOR NORTHERN CALIFORNIA,

2              Plaintiffs,

3         v.

4  E. GREEN CONSTRUCTION, INC., a
   California corporation; dba E G
5  CONSTRUCTION; EZRA PHILLIP GREEN,
   an Individual,
6
              Defendants.
7

8         Plaintiffs Cement Masons Trust Funds offer this Statement in Lieu of the Case

9  Management Conference Statement.

10        On September 28, 2006 Plaintiffs filed their Complaint. On October 9, 2006 Defendants

11  were served.  Defendants failed to file a responsive pleading. On November 13, 2006 this case

12  and Case No. C-06-6013 (Laborers Trust Funds vs. E. Green Construction, Inc., et al) were

13  deemed related and assigned to this Court.

14        On December 27, 2006 the Clerk entered the default of defendants.  On February 1,

15  2007 the law firm of Bullivant Houser Bailey PC substituted in as counsel for Plaintiffs in place

16  of Stanton, Kay & Watson, LLP.  Plaintiffs are now in a position to proceed with a motion for

17  default judgment.  Plaintiffs will have the motion for default judgment on file with this Court

18  within 30 days.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  Based on the above, Plaintiffs respectfully request that this Court continue the Case

2  Management Conference for thirty (30) days.  At that time, Plaintiffs will have on file their

3  Motion for Default Judgment.

4  DATED:  March 29, 2007

5  BULLIVANT HOUSER BAILEY PC

6

7  By _Ronald L. Richman_____

8  Ronald L. Richman

9  Attorneys for Plaintiffs

10

11  **CASE MANAGEMENT ORDER**

12

13  The Court having read Plaintiffs' Statement in Lieu of Case Management Conference

14  Statement and good cause appearing therefore:

15  IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

16  for April 6, 2007 at 8:30 a.m. be continued to __May 11_____, 2007 at 8:30 a.m.,

17  Courtroom 8, 19th Floor.

18  DATED:  __March 30____, 2007

19

20  By _____

21  HON. CHARLES ... DGE

22

23  IT IS SO ORDERED

24  Judge Charles R. Breyer

25

26

27

28

6078358.1                           – 3 –

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT: ORDER THEREON