IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. GREEN CONSTRUCTION, INC., dba EG CONSTRUCTION; EZRA PHILLIP GREEN,<br><br>Defendants. | No. C 06-6013 CRB<br><br>**JUDGMENT** |

The Court having granted plaintiffs' motion for a default judgment by Order filed July 12, 2007, judgment is entered in favor of plaintiffs and against defendants E. Green Construction Inc. dba EG Construction in the total amount of $63,659.80. In addition, defendants are required to permit a Trust Fund auditor to come onto defendants' premises and to submit to an audit of their financial records for the period June 1, 2005 through April 30, 2007.

**IT IS SO ORDERED.**

Dated: July 12, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6013\judgment.wpd